UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                   :
PARADISE MORGAN, *individually and as the* :
*representative of a class of similarly situated* :
*persons*,                                         :
                                                   :                    24-CV-7059 (VSB)
                                    Plaintiff,     :
                                                   :                    **ORDER**
                      -against-                    :
                                                   :
CATALYST MEDIUM FOUR INC. d/b/a                    :
SMARTISH,                                          :
                                                   :
                                    Defendant.     :
                                                   :
------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

        Plaintiff filed this action on September 18, 2024, (Doc. 1), and filed an affidavit of

service on October 23, 2024, (Doc. 5).  The deadline for Defendant to respond to Plaintiff's

complaint was November 12, 2024.  To date, Defendant has not appeared or responded to the

complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if

Plaintiff intend to seek a default judgment, she is directed to do so in accordance with Rule 4(H)

of my Individual Rules and Practices in Civil Cases by no later than December 6, 2024.  If

Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may

dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    November 22, 2024
          New York, New York

                                              _____
                                              VERNON S. BRODERICK
                                              United States District Judge