**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PARADISE MORGAN, Individually and as the
representative of a class of similarly situated persons,

                                                                       Case No.   1:24-cv-7059-VSB

                Plaintiff,

- against -

CATALYST MEDIUM FOUR INC. d/b/a Smartish.,

                Defendant.
-----------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Paradise Morgan, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Catalyst Medium Four Inc.

Dated: Scarsdale, New York
       December 19, 2024

                                                  SHAKED LAW GOUP, P.C.
                                                  Attorneys for Plaintiff

                                                  By: _____
                                                  Dan Shaked, Esq.
                                                  14 Harwood Court, Suite 415
                                                  Scarsdale, NY 10583
                                                  Tel. (917) 373-9128
                                                  e-mail: ShakedLawGroup@Gmail.com